

**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

OCT 19 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
FERNANDO RAMIREZ ) Case No. 07-51289 CN
)
GABRIELA RAMIREZ ) **NOTICE OF UNCLAIMED DIVIDEND**
)
            Debtors )
)

The final dividend to Creditor, GE MONEY BANK in the above entitled matter was returned marked: RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $6.30 as an unclaimed dividend.

    Claim # 34      GE MONEY BANK
                        P O BOX 105980
                        ATLANTA, GA 30348

Dated: October 18, 2011

                                            DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013



NIXIE        300  DE  1          00  07/22/11

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 951500001313        *2755-05930-19-41

GE MONEY BANK
P O BOX 105980
ATLANTA, GA 30348